IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS LUSBY, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

GAMESTOP INC., GAMESTOP CORPORATION, and DOES 1 through 100,

    Defendant.
                             /

No. C 11-05361 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** the parties stipulation to continue the case management conference for three weeks and permits one of the other two counsel of record listed to attend the case management conference.

**IT IS SO ORDERED.**

Dated: February 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE