IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUSBY, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>GAMESTOP INC., GAMESTOP CORPORATION, and DOES 1 through 100,<br><br>     Defendant. | No. C 11-05361 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court **DENIES** the parties stipulation to continue the case management conference for three weeks and permits one of the other two counsel of record listed to attend the case management conference.

**IT IS SO ORDERED.**

Dated: February 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE